EDWARD MAYER, Appellant, *v.* JOSEPH WEISS, Respondent.

Argued May 19, 1947; decided July 2, 1947.

*Henry L. Redner* for appellant.

*Lloyd L. Rosenthal* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.